

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00528-CR

**EX PARTE** Rogelio **CONTRERAS SORIANO**

From the County Court, Kinney County, Texas
Trial Court No. 10435CR
Honorable Molly Francis, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED.

SIGNED December 31, 2025.

_____
Rebeca C. Martinez, Chief Justice